1   JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
2
    BRIAN J. STRETCH (CASBN 163973)
3   Chief, Criminal Division

4   ROBERT N. MICHAELS (PABN 200918)
    Special Assistant United States Attorney
5
        Defense Language Institute – Criminal Law
6       1336 Plummer Street, Building 275
        Monterey, CA 93944
7       Telephone: (831) 242-4537

8   Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                          SALINAS DIVISION
12
    UNITED STATES OF AMERICA,              Criminal No. CR-08 00317
13
                    Plaintiff,         )   VIOLATION: 18 U.S.C. §13, assimilating
14                                     )   California Vehicle Code §14601.2(a) –
                                       )   Driving When Privilege Suspended or
15          vs.                        )   Revoked for DUI.
                                       )
16  RICKY D. HUDSON,                   )
                                       )
17                  Defendant.         )
                                       )
18  _____    )

19                   I N F O R M A T I O N

20  The United States Attorney charges:

21  COUNT ONE: (18 U.S.C. §13, assimilating California Vehicle Code §14601.2 (a) – Driving
                When Privilege Suspended or Revoked for DUI)
22
            On or about 1 March 2008, at Fort Hunter Liggett, in the County of Monterey, in the
23
    Northern District of California, and within the special maritime and territorial jurisdiction of the
24
    United States, the defendant,
25
                            RICKY D. HUDSON,
26

                                       1

1    did unlawfully drive a motor vehicle at a time when his driving privilege was suspended or

2    revoked for a conviction of a violation of California Vehicle Code section 23152(b), and when

3    he had knowledge of said suspension. This was in violation of Title 18 United States Code,

4    Section 13 Assimilating California Vehicle Code 14601.2(a), a Class B misdemeanor.

5    DATED: *May 8, 2008*

6                                                JOSEPH P. RUSSONIELLO
                                                 United States Attorney
7

8

9                                                DAVID R. CALLAWAY
                                                 Assistant United States Attorney
10

11   (Approved as to form: _____
                                                 CPT Robert N. Michaels
12                                               SAUSA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                      2

E-FILING

Filed

AO 257 (Rev. 9/92)

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT**

MAY -9 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BY: ☐ COMPLAINT   ☑ INFORMATION   ☐ INDICTMENT

| Name of District Court, and/or Judge/Magistrate Judge Location (City) |
| NORTHERN DISTRICT OF CALIFORNIA |

**CR 08 00317 RS**

**OFFENSE CHARGED**

See Attached

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

Place of offense
Fort Hunter Liggett, CA

U.S.C. Citation
See attached sheet

**DEFENDANT — — U.S. vs.**

▶ RICKY D. HUDSON

Address    8625 Mission Road
San Miguel, CA

Birth Date        ☑ Male    ☐ Alien
                  ☐ Female   (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

JOSEPH P. RUSSONIELLO

☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    Robert N. Michaels, SAUSA

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)
   Northern District of California, FHL PD

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
                          ☐ No
                          Mo.    Day    Year

DATE OF ARREST ▶

Or . . . if Arresting Agency & Warrant were not Federal
                          Mo.    Day    Year

DATE TRANSFERRED TO U.S. CUSTODY ▷

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Process: Summons for arraignment

To appear before Judge Lloyd on 4 August 2008 at 9:30 am
US District Court, Located at 1000 South Main Street, #214, Salinas, CA 93901

**ATTACHMENT TO PENALTY SHEET**
**U.S. v. HUDSON**


<u>**COUNT ONE:**</u> 18 U.S.C., Sec. 13, assimilating CVC 14601.2(A) – Driving while suspended or revoked for DUI.

Penalties:    Mandatory Minimum:
          10 days imprisonment in county jail.
          $300 fine

          Maximum Penalties:
          6 months imprisonment in county jail.
          $1,000 fine